906

Harper *v.* Walle, Appellant.

Argued March 28, 1974.
*Mark S. Refowich,* with him *Fishbone and Refowich,* for appellant; No appearance entered nor brief submitted for appellee.

OPINION PER CURIAM: The order awarding custody to the mother is affirmed and the compliance bond of the father-appellant as to visitation rights is reduced to $2,500.00.

Hewell et al. v. Yorktowne Mutual Insurance Company, Appellant.

Argued March 11, 1974. *Stuart M. Neely,* with him *Stetler & Gribbin,* for appellant; *Gilbert G. Malone,* with him *Stock and Leader,* for appellees.

Order affirmed.

Hilderbrand et ux., Appellants, *v.* House et ux.

Argued March 20, 1974. *Anthony D. Miele,* with him *Fierro & Miele,* for appellants; *Rudolph J. Van der Heil,* for appellees.

Order affirmed.